Annie T. McCune, appellee, v. Sovereign Camp Woodmen of the World, appellant. Gen. No. 25,874.

Suit by beneficiary on a beneficiary certificate in defendant society. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Philip J. Maguire, for appellant; De E. Bradshaw, Omaha, Neb., of counsel. Edmund S. Cummings, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Vaclav Budilovsky, administrator of the estate of Marie Budilovsky, deceased, appellee, v. Anton Linhart and Joseph Linhart, trading as Anton Linhart & Son, appellants. Gen. No. 25,892.

Suit by an administrator against the owners of an automobile as common carriers for negligence, resulting in the death of deceased while a passenger. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed May 3, 1921.

Bassler, Bippus & Rose, for appellants. Otto Kerner, for appellee; James S. Wight, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Mamie Smith, plaintiff in error. Gen. No. 26,237.

Prosecution for a misdemeanor. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed May 3, 1921.

S. B. Turner, for plaintiff in error. Maclay Hoyne, for defendant in errror.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Lieberman, plaintiff in error. Gen. No. 26,350.

Information for having in possess' revolver, without a permit. Defendant convicted. Error to th nicipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, ding. Heard in the Branch Appellate Court at the October term '0. Reversed. Opinion filed May 3, 1921.

Andalman, Kostner & Arvey, for ntiff in error; Maxwell N. Andalman, of counsel. Robert E. C and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Barnes deli d the opinion of the court.

---

In re Estate of Anna Siuta, dece on appeal of Karolina Labuda, appellant, v. Aniela Siuta aniak, appellee. Gen. No. 26,833.

Motion to strike from the record purported bill of exceptions and to affirm the judgment of the lov ourt. Appeal from the Circuit Court of Cook county; the Hon. mas G. Windes, Judge, presiding. Heard in the Branch Appella Court at the March term, 1921. Affirmed. Opinion filed May 3, 921.

Frank H. Janiszeski, for appellant. J. A. McAnrow, for appellee. Mr. Presiding Justice Barnes delivered the opinion of the court.

---

David Bronstein, defendant in error, v. M. Philip Ginzburg, plaintiff in error. Gen. No. 25,929.

Action on the case for libel. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed May 3, 1921.

James J. Glassner, for plaintiff in error. Roderick N. Wyckoff and Robert Branand, Jr., for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Joseph Guggenheim and Mendel Rifkin, trading as Guggenheim & Company, appellees, v. W. T. Gaines, appellant. Gen. No. 25,939.

Suit for value of merchandise sold and delivered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Ellis & Westbrooks, for appellant; Harris B. Gaines and Richard E. Westbrooks, of counsel. F. G. Offenlock, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Rudolph J. Gluecklich, appellee, v. George Hangiaras et al. George Hangiaras, appellant. Gen. No. 25,948.

Suit to foreclose a trust deed. Decree of foreclosure and dismissal of defendant's cross-bill for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

McInerney & Power, for appellant. Levinson & Hoffman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Justine M. Shankland, appellant, v. Ralph M. Shankland, appellee. Gen. No. 25,905.

Suit in assumpsit upon a written contract made between divorced persons. Contract held void as against public policy. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Hoyne, O'Connor & Irwin, for appellant. Jasper F. Rommel, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Boyd, plaintiff in error. Gen. No. 26,244.

Prosecution for larceny. Judgment of conviction on waiver of jury and plea of guilty. Error to the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed May 3, 1921.